#11089332   $160.00
2/8/10

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

    DONNA M. RICE                    BK: 04-10440

                         Debtor

        IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein:

    CHECK # 14590
    DONNA M. RICE   526 17TH ST. NIAGARA FALLS, NY 14301
        AND IT

        FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

        Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $160.00 representing unclaimed funds belonging to the above-named debtor.
CHECK # 14876

Dated: February 5, 2010



            ALBERT J. MOGAVERO
            CHAPTER 13 TRUSTEE

FILED
February 8, 2010
BANKRUPTCY COURT
BUFFALO, N.Y.